ERWIN DUNSMOOR, Appellant, v. MERL PRICE et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

RAYMOND DEL PAPA, Appellant, v. ADAM PAVICK et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DIEGO PETIROJO, Appellant.— Motion to dismiss appeal granted.

## FIRST DEPARTMENT, NOVEMBER, 1954.

### (November 3, 1954.)

JANE FROMAN et al., Appellants, et al., Plaintiff, v. PAN AMERICAN AIRWAYS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.; Botein, J., taking no part. [See 285 App. Div. 806.]

In the Matter of the Accounting of JEROME SILVERMAN et al., as Executors of JOSEPH R. FAILLA, Deceased, Respondents. WASHINGTON I. LEVY et al., Appellants; MARGARET FAILLA, as Administratrix of the Estate of CAMILE FAILLA, Deceased, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of the Accounting of ANTOINETTE GRACEY, as Administratrix of the Estate of STEPHEN GRACEY, Deceased, Respondent. VICTORIA GRACEY, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

SIMON TROPP et al., Appellants, v. KNICKERBOCKER VILLAGE, INC., et al., Respondents.— Judgment and order unanimously affirmed, with $20 costs and disbursements to the respondents Knickerbocker Village, Inc., and Herman T. Stichman, Commissioner of Housing of the State of New York. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ. [205 Misc. 200.]

CATALINA SANTOS et al., Respondents, v. MID-CENTER REALTY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATIONAL CANCER HOSPITAL OF AMERICA et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.